**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

LABORERS PENSION TRUST FUND DETROIT
AND VICINITY , et al.,

      Plaintiffs,

v.                                         Case No. 11-13464

FIRST SEALORD SURETY, INC.,

      Defendant.
                                     /

**ORDER ADMINISTRATIVELY CLOSING CASE, DIRECTING
PLAINTIFFS' ATTORNEY TO FILE STATUS MEMORANDUM EVERY
60 DAYS, AND SETTING TELEPHONE CONFERENCE**

On February 22, 2012, Defendant First Sealord Surety, Inc. filed a "Notice . . . Of Entry of Order of In State Court Proceedings" indicating that a state court in the Commonwealth of Pennsylvania entered an order requiring the liquidation of Defendant and purportedly staying all pending action against Defendant. (Notice of Entry of Order, Feb. 22, 2012, Dkt. # 22.) On February 23, 2012, the court conducted a telephonic conference with counsel for the parties, during which counsel agreed to administratively close the case pending further action in the state-court liquidation proceeding. Accordingly,

IT IS ORDERED that this case shall be removed from the court's active docket and administratively closed for statistical purposes.

IT IS FURTHER ORDERED that, upon notification by either party, the case shall be restored to the active docket of the court, with all rights enjoyed by all parties fully in force as they were on the date of this order.

IT IS FURTHER ORDERED that Plaintiffs' counsel file on the court's docket a Status Memorandum on or about April 27, 2012, and thereafter at 60 day intervals on or about the last business day of that month, very briefly explaining his understanding of the status of the liquidation proceedings.

Finally, IT IS ORDERED that the counsel for the parties shall participate in a telephonic conference on **October 22, 2012, at 2:00 p.m.**  The court will initiate the call.

       s/Robert H. Cleland
       ROBERT H. CLELAND
       UNITED STATES DISTRICT JUDGE

Dated:  February 28, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 28, 2012, by electronic and/or ordinary mail.

       s/Lisa Wagner
       Case Manager and Deputy Clerk
       (313) 234-5522