**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LABORERS PENSION TRUST FUND DETROIT
AND VICINITY, et al.,

    Plaintiffs,

v.                                                  Case No. 11-13464

FIRST SEALORD SURETY, INC.,

    Defendant.
                                                  /

**ORDER DIRECTING PLAINTIFFS TO FILE STATUS MEMORANDA**

The court held a telephonic conference with the parties to obtain a status update pursuant to its February 28, 2012 order. The issues underlying this litigation are currently being resolved in other courts. Accordingly,

IT IS ORDERED that Plaintiffs are DIRECTED to file a status memorandum on or about December 21, 2012, and thereafter at 60 day intervals on or about the last business day of that month, until the issues underlying this litigation are resolved or until the case is reopened.

                                                s/Robert H. Cleland
                                                ROBERT H. CLELAND
                                                UNITED STATES DISTRICT JUDGE

Dated: October 23, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, October 23, 2012, by electronic and/or ordinary mail.

                                             s/Lisa Wagner
                                             Case Manager and Deputy Clerk
                                             (313) 234-5522